IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**CHRIS MASON** and **LINDA MASON,**

        Plaintiffs,

v.                                     **CIV. ACT. NO. 5:24-CV-148**
                                                Judge Bailey

**CONSOL PENNSYLVANIA COAL
COMPANY, LLC,** a foreign limited
liability company and subsidiary of Consol
Energy, Inc., **CONSOL MINING COMPANY,
LLC,** a foreign limited liability company
and subsidiary of Consol Energy, Inc., and
**CONSOL ENERGY, INC.,** a foreign
corporation,

        Defendants.

## ORDER

On October 7, 2025, this Court was informed that this matter has been resolved. Thus, it is hereby **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The Trial set for October 14, 2025, at 9:00 a.m. is hereby **CANCELED**. Plaintiffs' Second Submission for Attorneys' Fees Pursuant to the Court's August 7, 2025, Order [Doc. 128] Granting in Part Plaintiffs' Motion for Sanctions Against Defendants for Abuse of the Discovery Process [**Doc. 202**] is **DENIED**. In denying plaintiffs' Second Submission, this Court has considered the relevant factors and has also considered the amount of economic sanctions already issued against defendants in this matter, and does not see fit to issue further economic sanctions at this time.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 8, 2025.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE